PER CURIAM.
See and compare Shapiro v. State, 345 So.2d 361 (Fla. 3d DCA 1977) cert. denied, 353 So.2d 678 (Fla.1977); Holley v. State, 523 So.2d 688 (Fla. 1st DCA 1988); State v. DiGuilio, 491 So.2d 1129 (Fla.1986); Romero v. State, 435 So.2d 318 (Fla. 4th DCA 1983); Hernandez v. State, 323 So.2d 318 (Fla. 3d DCA 1975); Reilly v. State, 212 So.2d 796 (Fla. 3d DCA 1968); United States v. Gil, 604 F.2d 546 (7th Cir.1979); Sec. 90.803(18)(e), Fla.Stat. (1985); Sec. 924.33, Fla.Stat. (1989).
Affirmed.